IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Susan Q. Smith, | ) | Civil Action No. 4:20-cv-03362-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT MOTION TO AMEND THE** |
| v. | ) | **SCHEDULING ORDER** |
| | ) | |
| Wal-Mart Stores East, LP, and Lynne | ) | |
| Services, Inc. d/b/a The Striping Guys, | ) | |
| | ) | |
| Defendant(s). | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court and based on the substitution of Lynne Services, Inc. d/b/a The Striping Guys as a Defendant, as well as delays conducting discovery, the parties move to amend and extend deadlines set out in the First Amended Scheduling Order (Docket No. 11) filed by the Court on January 8, 2021. The parties have agreed to amend/extend the deadlines in this matter by 60 days, as set forth in the attached Proposed Second Amended Scheduling Order.

WHEREFORE, the undersigned attorneys respectfully request the Court grant their motion and adopt the proposed Second Amended Scheduling Order.

[SIGNATURE BLOCK TO FOLLOW]

Respectfully Submitted,

O'SHEA LAW FIRM, LLC

<u>s/Karlen K. Senn</u>
Karlen K. Senn, Fed I.D. No.: 12860
O'Shea Law Firm, LLC
1821 Hampton Street
Columbia, SC 29201
(843)805-4943
karlen@oshealaw.com
ATTORNEY FOR PLAINTIFF

Columbia, South Carolina
May 3, 2021

**WE SO CONSENT**:

RICHARDSON PLOWDEN & ROBINSON, PA


By: s/David A. Anderson
David A. Anderson, Fed I.D. No.:
Richardson Plowden & Robinson, PA
Post Office Drawer 7788
Columbia, SC 29202
(803) 576-3702
danderson@richardsonplowden.com

ATTORNEY FOR DEFENDANTS

Columbia, South Carolina
May 3, 2021