IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Susan Q. Smith, | Civil Action No.: 4:20-cv-3362-SAL |
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF EXPERT WITNESSES |
| Wal-Mart Stores East, LP, and Lynne Services, d/b/a/ The Striping Guys, | |
| Defendants. | |

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, the Plaintiff hereby designates the following as expert witnesses:

Bryan R. Durig, Ph.D., P.E.
Summit Engineering
146 Leisure Ln C.
Columbia, SC 29210

Lynn Newman, RN, CNLCP
Newman Medical-Legal Services, LLC
428 Vantage Way
Greenville, SC 29611

Charles L. Alford, Ph.D.
Overlook Executive Park
109 Laurens Road
Building 2, Suite C
Greenville, SC  29607

Plaintiff certifies that written reports prepared and signed by Bryan Durig Ph.D., Lynn Newman, and Charles Alford, Ph.D., including all information required by Fed. R. Civ. P. 26(a)(2)(B) will be disclosed to Defendant. Plaintiff will provide the curriculum vitae, list of testimony, and reports of Mr. Durig, Ms. Newman and Mr. Alford to Defendant by separate cover. Mr. Durig, Ms. Newman, and Mr. Alford reserve the right to supplement and/or revise their opinions as this case continues.

Plaintiff further reserves the right to call her treating physicians as expert witnesses in this case, including, but not limited to:

Bradley Scott Aspey, MD
Midlands Orthopaedics & Neurosurgery
1910 Blanding Street
Columbia, SC 29201

Alicia James, MD
Lexington Family Practice Northeast
76 Polo Road
Columbia, SC 29223

Plaintiff has not retained or specially employed those physicians and medical providers to provide expert testimony in this case.

Plaintiff also reserves the right to elicit expert opinions from Plaintiff's other treating physicians and medical providers that have been identified in the course of discovery related to their medical treatment and evaluation of Susan Smith.

                      Respectfully Submitted,

                      O'SHEA LAW FIRM, LLC

BY:    s/Karlen K. Senn
          Karlen K. Senn, Fed I.D. No.: 12860
          1821 Hampton Street
          Columbia, SC 29201
          803/626-9158
          karlen@oshealaw.com

MIKE KELLY LAW GROUP, LLC

BY:    s/Bradley D. Hewett
          Bradley D. Hewett, Fed. ID No: 10388
          1523 Huger Street, Suite A
          Post Office Box 8113
          Columbia, SC 29201
          803/726-0123
          bhewett@mklawgroup.com
          *Attorneys for Plaintiff*

July 19, 2021
Columbia, South Carolina